AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Watkins, William K. | U.S. District Court, M.D. AL | 08/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Church Street, E300
Montgomery, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager/Sole Member | Rosewood Martin, LLC |
| 2. | Director, Shareholder, Officer | Powermaster, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Spouse's Neurological Care Center of Montgomery Salary reported on Form W-2 |
| 2. | 2015 | Spouse's W-2 wages from Neurology and Neurodiagnostics of Alabama |
| 3. | 2015 | Spouse's Non-employee compensation received from SCSHealthcare Marketing, LLC and reported on form 1099 |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Troy Bank & Trust Company | Turkey Mountain Real Estate Loan | K |
| 2. | Troy Bank & Trust Company | Line of Credit | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pike Co. AL. Farm #1 | | None | O | W | | | | | |
| 2. Farm (1/4 interest), Coffee County, AL | | None | L | W | | | | | |
| 3. North Carolina, Jackson Co. Lot 1 (Appraisal 7/23/04) | | None | M | W | | | | | |
| 4. North Carolina, Jackson Co. Lot 2 *See VIII | | None | K | W | | | | | |
| 5. North Carolina Land, Jackson Co. (Appraisal 8/8/02) | | None | N | W | | | | | |
| 6. Barn Property Troy, AL | | None | K | W | | | | | |
| 7. Pike Co. AL Farm #3 | | None | L | W | | | | | |
| 8. Pike Co. AL Farm #4 - Mineral | | None | J | W | | | | | |
| 9. Pike Co. AL Farm #5 - Mineral | | None | J | W | | | | | |
| 10. Pike Co. AL Farm #6 (19% interest) (Known as Turkey Mountain LLC) | C | Distribution | K | W | | | | | |
| 11. Pike Co. AL Farm #6 (19% interest) Mineral | | None | J | W | | | | | |
| 12. WE, LLC (50% interest) | | None | J | W | | | | | |
| 13. Powermaster, Inc. (1/3 interest) | | None | K | W | | | | | |
| 14. E. D. Moseley Note | | None | | | Expired | 10/06/15 | J | | E. D. Mosely died 10/6/15 |
| 15. Wells Fargo Bank (formerly Wachovia Bank) - Dimensions Acct. | A | Interest | J | T | | | | | |
| 16. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 17. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 19. LPL Financial IRA Account #2 Brokerage Cash | A | Int./Div. | J | T | | | | | |
| 20. American Funds - Capital Income Builder Fund Class F CIBFX IRA #2 | D | Dividend | M | T | | | | | |
| 21. American Funds INVESTMENT COMPANY OF AMERICA CL C AICFX - IRA #2 | A | Dividend | J | T | | | | | |
| 22. INVESTMENT COMPANY OF AMERICA CL F1 AICCX -IRA #2 | A | Dividend | J | T | | | | | |
| 23. LPL Financial IRA Account #1 | G | Distribution | M | T | | | | | |
| 24. LPL Financial IRA Account #1 Brokerage Cash | C | Int./Div. | K | T | | | | | |
| 25. Arbitrage Funds: Arbitrage Event-Driven Fund; Class I IRA #1 | A | Dividend | | | Sold (part) | 03/17/15 | J | A | |
| 26. Arbitrage Funds: Arbitrage Event-Driven Fund; Class I IRA #1 | A | Dividend | | | Sold | 09/02/15 | J | A | |
| 27. ALGER CAP APPREC FUND IRA #1 | A | Dividend | J | T | Sold (part) | 03/17/15 | J | A | |
| 28. ALGER CAP APPREC FUND IRA #1 | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 29. BLACKROCK HIGH YIELD BOND FUND IRA #1 | B | Dividend | J | T | Sold (part) | 03/17/15 | J | A | |
| 30. BLACKROCK HIGH YIELD BOND FUND IRA #1 | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 31. DOUBLELINE TOTAL RETURN BOND FUND IRA #1 | B | Dividend | K | T | Sold (part) | 03/17/15 | K | A | |
| 32. DOUBLELINE TOTAL RETURN BOND FUND IRA #1 | B | Dividend | K | T | Sold (part) | 12/03/15 | J | A | |
| 33. JOHN HANCOCL DISCPLINED VAL FD IRA #1 | A | Dividend | J | T | Sold (part) | 03/17/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. JOHN HANCOCL DISCPLINED VAL FD IRA #1 | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 35. LOOMIS SAYLES INVESTMENT GRADE BOND FUND IRA #1 | B | Dividend | J | T | Sold (part) | 03/17/15 | K | A | |
| 36. LOOMIS SAYLES INVESTMENT GRADE BOND FUND IRA #1 | B | Dividend | | | Sold | 12/03/15 | K | A | |
| 37. MFS RESEARCH FUND CLASS I IRA #1 | A | Dividend | J | T | Sold (part) | 03/17/15 | J | A | |
| 38. MFS RESEARCH FUND CLASS I IRA #1 | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 39. JOHN HANCOCK DISCIPLINED VAL MID CAP CL I IRA #1 | A | Dividend | | | Buy | 03/17/15 | J | | |
| 40. JOHN HANCOCK DISCIPLINED VAL MID CAP CL I IRA #1 | A | Dividend | | | Sold | 12/03/15 | J | A | |
| 41. PUTNAM SMALL CAP VALUE CL Y IRA #1 | A | Dividend | | | Buy | 03/17/15 | J | | |
| 42. PUTNAM SMALL CAP VALUE CL Y IRA #1 | A | Dividend | | | Sold | 12/03/15 | J | A | |
| 43. JPMORGAN CORE BOND SELECT IRA #1 | A | Dividend | | | Buy | 03/17/15 | K | | |
| 44. JPMORGAN CORE BOND SELECT IRA #1 | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 45. MERGER FUND INVESTOR CL IRA #1 | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 46. MERGER FUND INVESTOR CL IRA #1 | A | Dividend | J | T | Sold (part) | 12/03/15 | J | A | |
| 47. RIDGEWORTH SEIC FLOATING RATE HIGH INCOME CL IRA #1 | A | Dividend | J | T | Buy | 12/03/15 | J | | |
| 48. FRANKLIN CONVERTIBLE SECURITIES ADVISOR CL IRA #1 | A | Dividend | J | T | Buy | 12/04/15 | J | | |
| 49. T ROWE PRICE SUMMIT MUNI INC FUND IRA #1 | A | Dividend | J | T | Sold (part) | 03/17/15 | J | A | |
| 50. Troy Bank & Trust Company | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  Residential rental real property, Pike Road, Montgomery Co., Alabama | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 17 - 22 reflect the individual holdings in IRA account #2

Line 23 is the total value of IRA # 1 and shows IRA distriobutions from the account during 2015.

Lines 24 - 49 shows the rtransactions and values of the individual investments in IRA Account #1

Line 51:   This item is the former personal residence converted to residential real property rental upon moving to new personal residence

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **William K. Watkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544